**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LEXINGTON DIVISION**

**CRIMINAL ACTION NO. 03-77-JBC**

**UNITED STATES OF AMERICA,**                                           **PLAINTIFF,**

**V.**                        **O R D E R**

**GUY HOUSE,**                                                               **DEFENDANT.**

\* \* \* \* \* \* \* \* \* \*

Case called for hearing before the undersigned on February 3, 2006, pursuant to a Supervised Release Violation Report filed by the United States Probation Office. The defendant was present in person and by counsel, Thomas Lyons, who was appointed as counsel under the Criminal Justice Act; the government was represented by Kevin Dicken; United States Probation Officers Joel Cotton and Donte' Key were present. The proceedings were reported by Peggy Weber.

Counsel for the defendant informed the Court that, in lieu of hearing testimony of probation officer, he would stipulate to the violations (failure to complete term of community confinement, use of a controlled substance, and failure to pay special assessment) in the reports of January 3, 2006, and January 17, 2006, which stipulation was accepted after establishing the voluntariness and factual basis for the same.

| TIC | 40 |
|---|---|

Accordingly,

**IT IS ORDERED** that the term of supervised release of the defendant is **REVOKED**.

**IT IS FURTHER ORDERED** that the defendant is sentenced to fifteen (15) months' further incarceration on this Grade B violation. The court makes the following recommendations regarding the defendant's incarceration:

(a)   That the defendant be designated to the facility nearest his home;
(b)   That the defendant participate in vocational training and formal education;
(c)   That the defendant participate in a drug education and treatment program;
(d)   That the defendant participate in a parenting skills program.

**IT IS FURTHER ORDERED** that the defendant shall not be placed on any period of supervised release following incarceration.

**IT IS FURTHER ORDERED** that the defendant is remanded to the custody of the United States Marshal pending placement by the Bureau of Prisons.

Signed on February 3, 2006

*Jennifer B. Coffman*
JENNIFER B. COFFMAN, JUDGE
U.S. DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY